UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>DAVID A. HARDY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:23-cv-00660-MMD-CLB<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period and a 91-day extension of time, Petitioner Jose Antonio Rodriguez, who is represented by appointed counsel, was scheduled to file an amended habeas petition by August 8, 2024. (ECF Nos. 6, 9.) On August 7, 2024, Rodriguez filed a motion for extension of time (ECF No. 10), requesting a further 68-day extension, to October 15, 2024. Rodriguez's counsel states that they request the extension of time because Rodriquez has not yet initiated a state-court habeas action, and, they believe, he has until October 11, 2024, to do so. (*Id.*) The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court expresses no opinion on, and does not intend to affect in any manner, the operation of any applicable statute of limitations.

///
///
///
///
///
///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 10) is granted. Petitioner will have until and including October 15, 2024, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 9, 2024 (ECF No. 6) remains in effect.

DATED THIS 8th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE